[Nos. 41005-2-II; 41048-6-II.   Division Two.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. OZIEL V. SUAREZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DEVAN IDRIS HOPSON, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 09-1-03112-8, Linda CJ Lee, J., entered July 23, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Hunt, J.

[Nos. 41094-0-II; 41574-7-II.   Division Two.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES CANTY, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 01-1-01416-1, Roger A. Bennett, J., entered July 30, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Van Deren, J.

[No. 41193-8-II.   Division Two.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD L. HARRINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 10-1-00089-3, Michael J. Sullivan, J., entered September 10, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Hunt, J.